# M A N D A T E

**THE STATE OF TEXAS**

**TO THE 224TH JUDICIAL DISTRICT COURT OF BEXAR COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on November 26, 2014, the cause upon appeal to revise or reverse your judgment between

Flavio Alvarez, M.D., Appellant

V.

Martha G. Garcia, Judith Rocha, Rosalinda Gonzales, Sylvia Gonzales, Minerva Gonzales, Individually and as Heirs of the Estate of Dalia Hernandez, Deceased, Appellee

No. 04-14-00142-CV and Tr. Ct. No. 2012-CI-10242

was determined, and therein our said Court of Appeals made its order in these words:

**In accordance with this court's opinion of this date, the judgment of the trial court is REVERSED, and this cause is REMANDED to the trial court for the entry of the judgment applying the percentage settlement credit calculated in accordance with this opinion. It is ORDERED that appellant, Flavio Alvarez, M.D., recover his costs of this appeal from the appellees, Martha G. Garcia, Judith Rocha, Rosalinda Gonzales, Sylvia Gonzales, Minerva Gonzales, and the Estate of Dalia Hernandez, Deceased.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

WITNESS the Hon. Sandee Bryan Marion, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on February 4, 2015.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 53853

# BILL OF COSTS

## TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

No. 04-14-00142-CV

**Flavio Alvarez, M.D.**

**v.**

**Martha G. Garcia, Judith Rocha, Rosalinda Gonzales, Sylvia Gonzales, Minerva Gonzales, Individually and as Heirs of the Estate of Dalia Hernandez, Deceased**

(NO. 2012-CI-10242 IN 224TH JUDICIAL DISTRICT COURT OF BEXAR COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| MOTION FEE | $10.00 | E-PAID | BRUCE ANDERSON |
| MOTION FEE | $10.00 | E-PAID | BRUCE ANDERSON |
| CLERK'S RECORD | $131.00 | PAID | |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | PAID | BRIN & BRIN |
| FILING | $100.00 | PAID | BRIN & BRIN |
| STATEWIDE EFILING FEE | $20.00 | PAID | BRIN & BRIN |
| INDIGENT | $25.00 | PAID | BRIN & BRIN |

**Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas:  0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **KEITH E. HOTTLE,** CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourth District of Texas, this February 4, 2015.

**KEITH E. HOTTLE, CLERK**

Cynthia A. Martinez
Deputy Clerk, Ext. 53853